**JOHN D. SULLIVAN**
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Ave. North, Suite 3200
Billings, MT 59101
Phone: (406) 657-6101
FAX: (406) 657-6989
Email: John.Sullivan2@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

FILED
OCT 23 2017
Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 17- 116 -BLG- SPW |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | **CONSPIRACY TO POSSESS WITH THE INTENT TO DISTRIBUTE AND TO DISTRIBUTE METHAMPHETAMINE** (Count I) Title 21 U.S.C. § 846 (Penalty: Mandatory minimum ten years to life imprisonment, $10,000,000 fine, and at least five years of supervised release) |
| BRIAN ALBERT BENTZ, Defendant. | |
| | **POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE** (Count II) Title 21 U.S.C. § 841(a)(1) (Penalty: Mandatory minimum five years to 40 years of imprisonment, $5,000,000 fine, and at least four years of supervised release) |

1

|  | **TITLE 21 PENALTIES MAY BE ENHANCED FOR PRIOR DRUG-RELATED FELONY CONVICTIONS** |
|---|---|

THE GRAND JURY CHARGES:

## COUNT I

That beginning in or about January 2016, and continuing thereafter until on or about April 7, 2016, at Billings and elsewhere in the State and District of Montana, the defendant, BRIAN ALBERT BENTZ, together with others both known and unknown to the Grand Jury, knowingly conspired and agreed to distribute, and to possess with the intent to distribute, in violation of 21 U.S.C. § 841(a)(1), 500 grams or more of a substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 846.

## COUNT II

That on or about April 7, 2016, at Billings, in the State and District of Montana, the defendant, BRIAN ALBERT BENTZ, knowingly possessed, with the intent to distribute, 5 grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

//

//

2

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

_____
FOREPERSON

KURT G. ALME
United States Attorney

JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons _____
Warrant: ✓ _____
Bail: _____