UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

RECEIVED
2017 OCT 23 P 4:14
US MARSHALS SERVICE
BILLINGS, MT

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | CR-17-116-BLG-SPW |
| vs. | **WARRANT FOR ARREST** |
| BRIAN ALBERT BENTZ, | |
| Defendant. | TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER |

FILED
NOV - 7 2017
Clerk, U S District Court
District Of Montana
Billings

YOU ARE HEREBY COMMANDED to arrest BRIAN ALBERT BENTZ and take the arrested person without unnecessary delay before the nearest federal magistrate judge to answer the INDICTMENT charging him with Conspiracy to Possess with the Intent to Distribute and to Distribute Methamphetamine and Possession with Intent to Distribute Methamphetamine in violation of Title 21 United States Code, Sections 846 and 841(a)(1).

Assigned to: John D. Sullivan, AUSA

*Judith Rhoades*, Deputy Clerk
AS ORDERED BY U.S. MAGISTRATE JUDGE TIMOTHY J. CA[...]
Billings, Montana

**BAIL FIXED AT NONE**
Date of Issue: 23rd day of October, 2017

| *RETURN* | | |
|---|---|---|
| **DATE RECEIVED:** | **LOCATION:** | |
| **EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT** | | |
| **DATE OF ARREST:** 11/3/17 | | *Darrell Bell* |
| **LOCATION:** Billings, MT | | **UNITED STATES MARSHAL** |
| **BY:** TFO Dan Duquette | **Deputy U.S. Marshal** | |