**LODGED**
PS 42
(Rev. 7/93)
**APR - 3 2018**
Clerk, U.S. District Court
District Of Montana
Billings

**FILED**
APR 03 2018
Clerk, U S District Court
District Of Montana
Billings

# United States District Court

District Of Montana

United States of America )
)
vs. )
)
Brian Albert Bentz )  Case No. [0977 1:17CR00116]-[001]

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Brian Albert Bentz, have discussed with Teri Woog Pretrial Services/Probation Officer, modifications of my release conditions as follows:

Defendant must participate in a program of Mental Health evaluation, therapy and counseling if directed by the Pretrial Services Officer. The defendant must follow all recommendations of any evaluation, therapy and counseling.

I consent to this modification of my release conditions and agree to abide by this modifications.

_Signature of Defendant_  3-24/18    _Pretrial Services/Probation Officer_  3/26/18

I have reviewed the conditions with my client and concur that this modification is appropriate.

_Signature of Defense Counsel_   3/27/2018

☒ The above modification of conditions of release is ordered, to be effective on 4/3/18

☐ The above modification of conditions of release is *not* ordered.

_Signature of Judicial Officer_   4/3/18